*APPROVED*
*Judge Beth Labson Freeman*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WARREN INGRAM and LINDA JOHNSTONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST CAPITAL LENDING, INC.<br><br>Defendant. | Case No. 5:22-cv-03865-**BLF**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

RESPECTFULLY SUBMITTED AND DATED this 17th day of August, 2023.

By: *Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

SIGNATURES CONTINUED ON NEXT PAGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WRIGHT, FINLAY & ZAK, LLP

By: */s/Jonathan D. Fink*
         Jonathan D. Fink, Esq.
Attorneys for Defendant
WEST CAPITAL LENDING, INC.

**CERTIFICATE OF SERVICE**

I, hereby certify that on August 17, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*